UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07599
    DAVID ANTHONY
    SHARI S GARLAND                         CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-6180     SSN XXX-XX-9312

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/28/2006 and was confirmed 09/20/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 12/20/2007.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BUD MARLOW | SECURED | 4000.00 | 333.43 | 1111.17 |
| BUD MARLOW | UNSECURED | NOT FILED | .00 | .00 |
| BUD MARLOW | SECURED | 500.00 | 41.36 | 147.77 |
| BUD MARLOW | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED | 8500.00 | 730.16 | 2158.00 |
| NUVELL CREDIT CO LLC | SECURED | 7175.00 | 665.08 | 2520.06 |
| NUVELL CREDIT CO LLC | UNSECURED | 4605.71 | .00 | .00 |
| NUVELL CREDIT CO LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| SAXON MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | UNSECURED | 7219.43 | .00 | .00 |
| SAXON MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| SAXON MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO AUTO FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6503.64 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1351.50 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 137.81 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 3410.00 | .00 | .00 |
| CRED PROTECTION ASSOCIAT | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FAIRLANE CREDIT LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 436.27 | .00 | .00 |
| HARBOR MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | 415.04 | .00 | .00 |
| AMERICAS RECOVERY NETWOR | UNSECURED | NOT FILED | .00 | .00 |

```
AMERICAS RECOVERY NETWOR  UNSECURED     NOT FILED              .00              .00
AMERICAS RECOVERY NETWOR  UNSECURED     NOT FILED              .00              .00
AMERICAS RECOVERY NETWOR  UNSECURED     NOT FILED              .00              .00
IC SYSTEMS                UNSECURED     NOT FILED              .00              .00
PREMIUM ASSET RECOVERY C  UNSECURED        721.00             .00              .00
PREMIUM ASSET RECOVERY C  UNSECURED     NOT FILED              .00              .00
PREMIUM ASSET RECOVERY C  UNSECURED     NOT FILED              .00              .00
NATIONWIDE ACCEPTANCE~    UNSECURED     NOT FILED              .00              .00
NICOR GAS                 UNSECURED        519.84             .00              .00
NATIONAL CITY BANK        UNSECURED     NOT FILED              .00              .00
PATHOLOGY ASSOCAITES OF   UNSECURED     NOT FILED              .00              .00
PATHOLOGY ASSOCAITES OF   UNSECURED     NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED        636.32             .00              .00
SAUK VILLAGE POLICE DEPT  UNSECURED     NOT FILED              .00              .00
AFFIL CREDIT              UNSECURED     NOT FILED              .00              .00
TRIAD FINANCIAL CORP      UNSECURED     NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS IN  UNSECURED     NOT FILED              .00              .00
AFNI                      UNSECURED         63.59             .00              .00
ASSET ACCEPTANCE LLC      UNSECURED         80.37             .00              .00
IL STATE DISBURSEMENT UN  NOTICE ONLY   NOT FILED              .00              .00
DHS CASH MANAGEMENT       NOTICE ONLY   NOT FILED              .00              .00
CROSSROADS APARTMENTS     UNSECURED     NOT FILED              .00              .00
CROSSROADS APT            NOTICE ONLY   NOT FILED              .00              .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY    2,954.00                         1,694.73
TOM VAUGHN                TRUSTEE                                           562.24
DEBTOR REFUND             REFUND                                              .00
```

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   9,964.00

PRIORITY                                           .00
SECURED                                       5,937.00
     INTEREST                                 1,770.03
UNSECURED                                          .00
ADMINISTRATIVE                                1,694.73
TRUSTEE COMPENSATION                            562.24
DEBTOR REFUND                                      .00
                         ----------------   ----------------
TOTALS                    9,964.00             9,964.00

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
Dated: 04/23/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE